# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAURIAN WARING, INDIVIDUALLY AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED,

Plaintiff(s)
Petitioner(s)

- against -

DAVIS REALTY CORP., MILTON DAVIS & MARVIN DAVIS

Defendant(s)
Respondent(s)

INDEX #:
07 CV 10348
DATE FILED:
11/15/2007

JUDGE:
HELLERSTEIN

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 11/29/2007, 12:18PM at 372 WEST 46TH STREET, NEW YORK NY 10036, deponent served the within
SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND AND COPY OF
INDIVIDUAL PRACTICE RULES OF THE HONORABLE ALVIN K. HELLERSTEIN AND COPY OF INDIVIDUAL PRACTICES OF
MAGISTRATE JUDGE RONALD L. ELLIS
on DAVIS REALTY CORP., a defendant in the above action.

By delivering to and leaving with ADRIAN "DOE"/REFUSED LAST NAME at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 56   Approximate height 5'06"   Approximate weight 138   Color of skin WHITE   Color of hair BLACK   Other
GLASSES

THE LAW OFFICE OF
JUSTIN A. ZELLER

840 WEST END AVENUE
APARTMENT #4B
NEW YORK, NY 10025
(212)897-5859

TONY CONIGLIARO   License # 1220476

Sworn to before me on 11/30/2007
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726