**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAURIAN WARING, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED, | INDEX #: 07 CV 10348 |
| | DATE FILED: 11/15/2007 |
| Plaintiff(s) Petitioner(s) | |
| - against - | |
| DAVIS REALTY CORP., MILTON DAVIS & MARVIN DAVIS | JUDGE: HELLERSTEIN |
| Defendant(s) Respondent(s) | |

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 11/29/2007, 12:18PM at 372 WEST 46TH STREET, NEW YORK NY 10036, deponent served the within
SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND AND COPY OF
INDIVIDUAL PRACTICE RULES OF THE HONORABLE ALVIN K. HELLERSTEIN AND COPY OF INDIVIDUAL PRACTICES OF
MAGISTRATE JUDGE RONALD L. ELLIS
on MARVIN DAVIS, a defendant in the above action.

By delivering a true copy thereof to and leaving with ADRIAN "DOE"/CO-WORKER/REFUSED LAST NAME, a person of suitable age and discretion at the above address, the said premises being the defendant's place of business within the State of NEW YORK.

C/O DAVIS REALTY CORP.

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 11/30/2007 addressed to defendant MARVIN DAVIS at C/O DAVIS REALTY CORP.,, 372 W. 46TH ST., NEW YORK, NY 10036 with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F    Approximate age 56    Approximate height 5'06"    Approximate weight 138    Color of skin WHITE    Color of hair BLACK    Other GLASSES

ADRIAN "DOE" told the deponent that MARVIN DAVIS was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

THE LAW OFFICE OF
JUSTIN A. ZELLER

840 WEST END AVENUE
APARTMENT #4B
NEW YORK, NY 10025
(212)897-5859

TONY CONIGLIARO    License # 1220476

Sworn to before me on 11/30/2007
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726