**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendants*
*Davis Realty Corporation*
Laurent S. Drogin (LD-4770)
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TAURIAN WARING, Individually and on
Behalf of All Other Persons Similarly Situated,

                Plaintiff,

    -against-

DAVIS REALTY CORP., MILTON DAVIS and
MARVIN DAVIS, jointly and severally,

                Defendants.
-------------------------------------------------------------x

07 CV 10348 (AKH)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned appear as counsel for Defendants, DAVIS REALTY s/h/a "DAVIS REALTY CORP.," MILTON DAVIS and MARTIN DAVIS in the above-referenced action and respectfully request that copies of all things and other documents be served upon the undersigned at the address set forth below.

Dated:  New York, New York
          December 18, 2007

                              TARTER KRINSKY & DROGIN LLP

                              By: _____
                              Laurent S. Drogin, Esq. (LD 4770)
                              Richard L. Steer, Esq. (RS 0300)
                              *Attorneys for Defendants*
                              DAVIS REALTY s/h/a "DAVIS REALTY
                              CORP.," MILTON DAVIS and MARTIN
                              DAVIS

1350 Broadway – 11th Floor
New York, NY 10018
Tel (212) 216-8000
Fax (212) 216-8001

TO: **THE LAW OFFICE OF
JUSTIN A ZELLER, P.C.**
*Attorney for Plaintiff*
251 West 14th Street, 5th Floor
New York, NY 10011
(212) 229-2249
Attn: Justin A. Zeller, Esq. (JZ-7094)

**BERGER & GOTTLIEB**
*Attorneys for Plaintiff*
150 East 18th Street, Suite PHR
New York, N.Y. 10003
(212) 228-9795
Attn: Jeffrey M. Gottlieb, Esq. (JG7905)