**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendants*
*Davis Realty Corporation*
Laurent S. Drogin (LD-4770)
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TAURIAN WARING, Individually and on             :
Behalf of All Other Persons Similarly Situated, :    07 CV 10348 (AKH)
                                                :
                    Plaintiff,                  :
                                                :    **RULE 7.1 STATEMENT**
            -against-                           :
                                                :
DAVIS REALTY CORP., MILTON DAVIS and            :
MARVIN DAVIS, jointly and severally,            :
                                                :
                    Defendants.                 :
-----------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants DAVIS REALTY s/h/a "DAVIS REALTY CORP.," MILTON DAVIS and MARTIN DAVIS (private non-governmental parties) certifies that Davis Realty is not a publicly held corporation and it has no parents, affiliates and/or subsidiaries that are publicly held.

Dated: New York, New York
       December 18, 2007

TARTER KRINSKY & DROGIN LLP
*Attorneys for Defendants*

By: _____
  Laurent S. Drogin (LD – 4770)
1350 Broadway – 11th Floor
New York, New York  10018
Tel. (212) 216-8000
Fax (212) 216-8001