**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendants*
*Davis Realty Corporation*
Laurent S. Drogin (LD-4770)
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TAURIAN WARING, Individually and on
Behalf of All Other Persons Similarly Situated,   :   07 CV 10348 (AKH)

                Plaintiff,   :

      -against-   :   **STIPULATION & ORDER**

DAVIS REALTY CORP., MILTON DAVIS and   :
MARVIN DAVIS, jointly and severally,

                Defendants.   :
-----------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties hereto that defendants, DAVIS REALTY s/h/a DAVIS REALTY CORP., MILTON DAVIS and MARTIN DAVIS' time to appear, answer, or move, with respect to the Complaint, in the above-referenced action, is extended to and including February 9, 2008; and it is further

**STIPULATED AND AGREED**, that defendants shall not interpose any defense in this action based upon lack of proper service or lack of personal jurisdiction arising out of improper service of process, which defenses are hereby waived; and it is further

**STIPULATED AND AGREED**, that the statute of limitations period for alleged violations of the Fair Labor Standard Act ("FLSA") set forth in the Complaint by individuals purporting to be similarly situated to Plaintiff who may Opt-In to the

{Client\000999\ad104\00112244.DOC;1}95911

collective action shall hereby be deemed tolled from December 19, 2007 until February 9, 2008 ("the Tolling Period") and that such Tolling Period will be extended until the date that an answer or motion is filed, if it is not filed on or before February 9, 2008.

Dated: New York, New York
December 19, 2007

| | |
|---|---|
| **THE LAW OFFICE OF JUSTIN A ZELLER, P.C.**<br>*Attorney for Plaintiff*<br><br>By: _____<br>Justin A. Zeller (JZ-7094)<br>251 West 14th Street, 5th Floor<br>New York, NY 10011<br>(212) 229-2249<br><br>**BERGER & GOTTLIEB**<br>*Attorneys for Plaintiff*<br>150 East 18th Street, Suite PHR<br>New York, N.Y. 10003<br>(212) 228-9795<br>Attn: Jeffrey M. Gottlieb (JG 7905) | **TARTER KRINSKY & DROGIN LLP**<br>*Attorneys for Defendants*<br><br>By: _____<br>Laurent S. Drogin (LD-4770)<br>1350 Broadway, 11th Floor<br>New York, NY 10018<br>(212) 216-8000<br><br><br>Dated:  New York, New York<br>          December _____, 2007 |

**SO ORDERED:**

_____
**U.S.D.J.**

{Client\000999\ad104\00112244.DOC;1}