DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/08

RECEIVED
MAR 04 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

# THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.
251 WEST 14TH STREET, 5TH FLOOR
NEW YORK, NY 10011
PHONE (212) 229-2249
FAX (212) 229-2246
EMAIL JAZELLER@ZELLERLEGAL.COM

March 5, 2008

**VIA FAX**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, rm 1050
New York, NY 10007
Fax: 212.805.7942

*[handwritten: conf adjourned to 3/21/08, 9:30 am. 3-5-08 AKH]*

    Re:    Waring v. Davis Realty et. al.
           Docket No.: 07 cv 10348

Dear Judge Hellerstein,

    The undersigned is counsel to plaintiff in the above-referenced matter. I write to request a brief adjournment of the Initial Conference scheduled for March 14, 2008. This is the first such request and I write with consent of my adversary.

    My adversary and I are available on the afternoon of March 18, 2008, or in the morning of March 20, 2008.

    I thank the Court for its time and consideration.

                                           Respectfully submitted,

                                           Justin A. Zeller
                                           *Counsel to Plaintiff*

CC: Richard Steer, Esq., *Counsel for Defendants*, via fax at 212.216.8001.